UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 10 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>*Plaintiffs,*<br><br>v.<br><br>BLACKHAWK VENTURES, LLC,<br><br>*Defendant.* | §§§§§§§§§§§§ No. SA-17-CV-00963-OLG |

## ORDER

On January 14, 2019, this case was abated pursuant to the parties' joint agreement and notice of settlement. *See* docket no. 21. Consistent with the agreement, the case will be **ADMINISTRATIVELY CLOSED** until such time that the parties request final judgment or dismissal, as set forth in docket no. 21.

It is so **ORDERED**.

**SIGNED** this 10 day of May, 2019.

_____
ORLANDO L. GARCIA
Chief United States District Judge